UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BOSHRA FARID YOUSSEF BERSOUM, ET AL.,

                Plaintiffs,                               No. 20-cv-8013 (CM)

        v.

MUSTAFA T.A. ABOTEAT, ET AL.,

                Defendants.

_____

## ORDER

WHEREAS, this action was originally filed in the Eastern District of Pennsylvania; and

WHEREAS, on May 22, 2020 the judge assigned to this matter entered the order at Dkt. No. 28, requiring plaintiffs to file supplemental briefing by June 16, 2020; and

WHEREAS, on June 22, 2020, without complying with Judge Beetlestone's order, the plaintiffs moved to transfer this action to the Southern District of New York; and

WHEREAS, the issues raised by my learned colleague in the EDPA go to the power of a United States Court to hear and decide this case;

IT IS HEREBY ORDERED that plaintiffs' counsel shall, by August 9, 2021 at 5:00PM EST, file with this court

(1) A comprehensive brief addressing the issue of the court's jurisdiction over each of the named defendants, and which must analyze all relevant Supreme Court and Second Circuit jurisprudence (of which there has been quite a bit over the past few years); and

(2) Affidavits or other sworn testimony, together with exhibits, if any, documenting the damages being sought by each of the named plaintiffs.

Dated: July 8, 2021
New York, New York

                                                                        United States District Judge

BY ECF TO ALL COUNSEL